IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOEY CARGILL, II,<br>　　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:12-cv-00202-C |
| PROCOLLECT, INC.,<br>　　　Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Noah D. Radbil
　　　　　　　　　　　　　　　　　　Noah D. Radbil
　　　　　　　　　　　　　　　　　　Texas Bar No. 24071015
　　　　　　　　　　　　　　　　　　Southern District Bar No. 1069583
　　　　　　　　　　　　　　　　　　WEISBERG AND MEYERS, LLC
　　　　　　　　　　　　　　　　　　Two Allen Center
　　　　　　　　　　　　　　　　　　1200 Smith Street, Sixteenth Floor
　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　Telephone:　(888) 595-9111 ext. 275

    Facsimile:    (866) 565-1327
noah.radbil@attorneysforconsumers.com

*Attorney-in-Charge for Plaintiff*
Joey Cargill II

## CERTIFICATE OF SERVICE

I certify that on April 10, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Lubbock Division using the electronic case filing system of the court.

    /s/ Noah D. Radbil
Noah D. Radbil