IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOEY CARGILL, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROCOLLECT, INC., | ) |
| | ) |
| Defendant. | )  Civil Action No. 5:12-CV-202-C |

## ORDER

Came on for consideration the Notice of Settlement filed May 3, 2013. Plaintiff previously filed a Notice of Settlement on April 10, 2013, whereupon the Court, on April 11, 2013, (1) administratively closed this case without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated and (2) directed counsel to file the papers necessary to dismiss this action on or before 60 days from the date of that order.

The Notice of Settlement filed May 3 does not appear to raise any new matters. However, if Plaintiff is requesting an additional 60 days to file dismissal papers, such request is **DENIED** and the dismissal papers must be filed on or before June 10, 2013.

SO ORDERED this 3rd day of May, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE